# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### WESTERN DIVISION

| | |
|---|---|
| RANDOLPH WAYNE PARKER, JR., | }<br>}<br>} |
| Plaintiff, | }<br>} |
| v. | }   Case No.:  7:12-cv-03503-RDP-JHE<br>} |
| LIEUTENANT THOMAS BUTLER,<br>SERGEANT ANN MARIE FULGHAM<br>and OFFICER NEICKO WHITE, | }<br>}<br>}<br>} |
| Defendants. | } |

## ORDER

In accordance with the accompanying Memorandum Opinion, Defendants' special report (Doc. # 28) is construed as a motion for summary judgment (Doc. # 39) which is **DENIED**.

This action is **REFERRED** to the Magistrate Judge for further proceedings.

**DONE** and **ORDERED** this July 18, 2014.

_____
**R. DAVID PROCTOR**
UNITED STATES DISTRICT JUDGE